# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID CHORN, AN INDIVIDUAL,
                Appellant,
vs.
DAUNSHARI WONG-CULOTTA, AN
INDIVIDUAL,
                Respondent.

No. 79420

**FILED**

OCT 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to open to collect a debt. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to open to collect a debt. This court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

---

[1]Given this dismissal, the motion for extension of time filed on October 1, 2019, is denied as moot, and this court takes no action in regard to the letter filed on October 17, 2019.

19-43768

cc:     Hon. Eric Johnson, District Judge
David Chorn
Johnson & Gubler, P.C.
Eighth District Court Clerk